SANFORD R. COWAN et al., Appellants and Respondents, v. RESIDENTIAL BUILDERS OF RUSSELL GARDENS, INC., Respondent and Appellant.

Argued November 17, 1952; decided December 4, 1952.

*Myron Kommel* and *Bernard M. Kommel* for appellants-respondents.

*Henry W. Schober* and *Walter D. Grant* for respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.